UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH WATCHERS,

    Plaintiff,

  v.

ART RESTAURANTS CALIFORNIA,
dba LONG JOHN SILVER'S
#31911, et al.,

    Defendants.
_____/

NO. CIV. S-12-2725 LKK/DAD

O R D E R

    A hearing on Plaintiff's Motion to Amend the Complaint, ECF No. 13, is currently scheduled for February 25, 2013.  Defendants Steve W. Chapralis and Irene Chapralis, appearing pro se, have both appeared in this matter, see Defs' Answer, ECF No. 10, and have both consented to the jurisdiction of a magistrate judge, see Defs' Consent, ECF Nos. 8, 9.

    Pursuant to Local Rule 302(c)(21), "[i]n Sacramento, all actions in which all the plaintiffs or defendants are proceeding in propria persona" are to be heard by a magistrate judge.  Because all Defendants who have appeared in this action are proceeding

1

1  <u>in</u> <u>propria</u> <u>persona</u>, this case is will be assigned to Magistrate
2  Judge Dale A. Drozd.
3        Accordingly, the court ORDERS as follows:
4            [1] The hearing on Plaintiff's Motion to Amend the
5            Complaint, ECF No. 13, is VACATED, to be re-set by the
6            Magistrate Judge.
7            [2] This case is ASSIGNED to Magistrate Judge Dale A.
8            Drozd, pursuant to Local Rule 302(c)(21).  If, upon
9            amendment, a new defendant is added who is to be
10           represented by counsel, or if Defendants Steve W.
11           Chapralis and Irene Chapralis are later represented by
12           attorneys appearing in accordance with Local Rule 180,
13           this action shall be referred back to the undersigned.
14       IT IS SO ORDERED.
15       DATED:  February 14, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2