UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WATCHERS,<br><br>        Plaintiff,<br><br>    v.<br><br>ART RESTAURANTS CALIFORNIA,<br>dba LONG JOHN SILVER'S #31911, et al.,<br><br>        Defendants. | No. 2:12-cv-2725 LKK DAD PS<br><br><br><br>ORDER |

        This matter came before the court on July 26, 2013, for hearing of plaintiff's motion to file an amended complaint. (Doc. No. 13.) Kristal McCain, Esq. appeared for the plaintiff. No appearance was made by, or on behalf of, any defendant. Nor did any defendant file a statement opposing plaintiff's motion.

        Upon consideration of the arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that plaintiff's January 16, 2013 motion to file an amended complaint (Doc. No. 13) is granted.

Dated: July 26, 2013

DAD:6
Ddad1\orders.pro se\watchers2725.oah.072613

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1