United States District Court

Eastern District of California

| | |
|---|---|
| Sarah Watchers,<br><br>    Plaintiff,<br><br>vs.<br><br>Art Restaurants California, Inc., *et al.*,<br><br>    Defendants. | No. 2:12-cv-02725 LKK DAD PS<br><br>**Order Granting Plaintiff Counsel's Request to Withdraw** |

On October 9, 2013, plaintiff's counsel Kristal McCain filed a request to withdraw from this matter. Plaintiff will continue to be represented by attorney Lynn Hubbard, a member of the same law firm.

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Request to Withdraw is granted.

Dated: October 10, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\watchers.2725.withdrawal.ord.doc