UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WATCHERS, | No.  2:12-cv-2725 LKK DAD PS |
| Plaintiff, | |
| v. | ORDER |
| ART RESTAURANTS CALIFORNIA, dba LONG JOHN SILVER'S #31911, et al., | |
| Defendants. | |

On February 15, 2013, the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21) because all defendants were proceeding pro se at that time.  (Doc. No. 14.)  On November 7, 2013, however, Shane Singh, Esq. appeared and filed an answer on behalf defendant U.S. Food Corporation, Inc.  (Doc. No. 26.)

Because all of the defendants are no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and the case will be referred back to the assigned District Judge.  Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action.  The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:12-cv-2725 LKK DAD with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated: November 8, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\watchers2725.referback.ord.docx