1
2
3
4
5
6
7
8

United States District Court

Eastern District of California

| | |
|---|---|
| Sarah Watchers, | Case No. 12-cv-02725-LKK-DAD |
| Plaintiff, | |
| v. | **Order Granting Joint Notice to Reschedule Motion to Strike Affirmative Defenses**. |
| US Foods Corp. dba Long John Silver's #31911; *et al*., | |
| Defendants. | Hon. Lawrence K. Karlton |

*Watchers v. US Foods Corp., et al.*                              Case No. 2:12-cv-02725-LKK-DAD
**[Proposed] Order Granting Joint Notice to Reschedule Motion**

1  Pursuant to Plaintiff Sarah Watchers and Defendant US Foods Corp.
2  dba Long John Silver's Joint Notice to Reschedule Motion, and with good
3  cause appearing, IT IS HEREBY ORDERED that the hearing date of
4  Plaintiff's Motion to Strike Affirmative Defenses (Doc. 28) is hereby
5  rescheduled to February 10, 2014.

7  IT IS SO ORDERED.

9  Dated:  December 3, 2013.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

*Watchers v. US Foods Corp., et al.*                Case No. 2:12-cv-02725-LKK-DAD
**[Proposed] Order Granting Joint Notice to Reschedule Motion**
1