United States District Court

Eastern District of California

| | |
|---|---|
| Sarah Watchers, | Case No. 12-cv-02725-LKK-DAD |
| Plaintiff, | |
| v. | **Order Granting Joint Notice to Reschedule Motion to Strike Affirmative Defenses**. |
| US Foods Corp. dba Long John Silver's #31911; *et al.*, | |
| Defendants. | Hon. Lawrence K. Karlton |

1    Pursuant to Plaintiff Sarah Watchers and Defendant US Foods Corp. dba Long John Silver's Joint Notice to Reschedule Motion, and with good cause appearing, IT IS HEREBY ORDERED that the hearing date of Plaintiff's Motion to Strike Affirmative Defenses (Doc. 28) is hereby rescheduled to February 10, 2014.

IT IS SO ORDERED.

Dated:  December 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT