Lynn Hubbard III, SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sarah Watchers,

    Plaintiff,

    vs.

US Foods Corp., et al.,

    Defendants.
_____/

Case No. 2:12-cv-02725-LKK-DAD

**Joint Stipulation for Dismissal and Order Thereon**

TO THE COURT AND TO ALL PARTIES:

 Plaintiff, Sarah Watchers, and defendants US Foods Corp. (who answered plaintiff's complaint as US Food Corporation, Inc.); Steve W. Chapralis; and Irene Chapralis, stipulate to and jointly request that this Court enter a dismissal with prejudice in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 14, 2014    **DISABLED ADVOCACY GROUP, APLC**

            /s/Lynn Hubbard /
            Lynn Hubbard
            Attorney for Plaintiff Sarah Watchers

Dated: March 14, 2014    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

            /s/Shane Singh /
            Shane Singh
            Attorney for US Food Corporation, Inc.

Dated: March 19, 2014    /s/ /
            Steve W. Chapralis
            Pro Se

Dated: March 19, 2014    /s/ /
            Irene W. Chapralis
            Pro Se

/ / /

/ / /

## ORDER

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, the complaint of plaintiff, USDC Case No. Case No. 2:12-cv-02725-LKK-DAD, is dismissed with prejudice in its entirety.

Dated:  March 26, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal

Watchers v. US Foods Corp., et al.
Case No. 2:12-cv-02725-LKK-DAD

Page 3